UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA HARDEVELD, ET AL | CIVIL ACTION |
| VERSUS | NO: 07-5679 |
| IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, ET AL | SECTION: "J" (2) |

**ORDER**

Before the Court is the parties' **Joint Motion to Dismiss (Rec. Doc. 64).** Accordingly,

**IT IS ORDERED** that the claims of Maria Hardeveld and Simon Laurent Hardeveld against Lexington Insurance Company be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this 9th day of December, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1